Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____1_____ District of _LEWIS AND CLARK COUNTY_

~~HELENA~~ Division

| | | |
|---|---|---|
| TIMOTHY RAY SADLER | ) | Case No. 6:21-CV-00072-SEH. |
| _____ | ) | (to be filled in by the Clerk's Office) |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | SEE PAGE 4 |
| -v- | ) | |
| | ) | |
| | ) | |
| STATE OF MONTANA et al | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names. Do not include addresses here.)* | ) | |

## AMENDED COMPLAINT FOR VIOLATION OF
## CIVIL RIGHTS (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.  The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name: TIMOTHY RAY. SADLER

All other names by which
you have been known: AO## 3021117

ID Number: 700 CONLEY LAKE RD

Current Institution: DEERLODGE, MT. 59722

Address:

|  | City | State | Zip Code |
|---|---|---|---|

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name: DR REES

Job or Title *(if known)*: DR

Shield Number: ?

Employer: MSP

Address: 700 CONLEY LAKE RD

DEERLODGE, MT.   59722

City    State    Zip Code

[✓] Individual capacity   [ ] Official capacity

Defendant No. 2

Name: DR RISER

Job or Title *(if known)*: DR

Shield Number: ?

Employer: MSP

Address: 700 CONLEY LAKE RD

DEERLODGE, MT.   59722

City    State    Zip Code

[✓] Individual capacity   [ ] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
 Name                         _provider   cosby_
 Job or Title *(if known)*    _provider_
 Shield Number                _?_
 Employer                     _m&p_
 Address                      _700 conley lake rd_
                              _Deerlodge      w.    59722_
                              City          State       Zip Code
 ☑ Individual capacity    ☐ Official capacity

Defendant No. 4
 Name                         _Mr  Gootkin_
 Job or Title *(if known)*    _mDoc Director_
 Shield Number                _?_
 Employer                     _State of montana sats. last chance cntds_
 Address                      _po Box 201301_
                              _Helena        MT.    59620 - 1301_
                              City          State       Zip Code
 ☑ Individual capacity    ☐ Official capacity      _See pagE 3-A_

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Attachment D MSP 3.3.3, Inmate Grievance Program Implemented February 27, 2013

5. MS WAKINS
MDOC ASSISTANT DIRECTOR
MS STATE of MONTANA
501 SOUTH LAST CHANCE GULCH
PO BOX 201301
HELENA, MT. 59620-1301 INDIVIDUAL CAPACITY

6. JIM SALMANSEN
MSP/DOC DIRECTOR
STATE of MONTANA
500 CONLEY LAKE RD
DEER LODGE, MT. 59722 INDIVIDUAL CAPACITY

7. DR. CHAPEL
MSP DR.
MSP STATE of MONTANA
500 CONLEY LAKE RD
DEER LODGE MT. 59722 INDIVIDUAL CAPACITY

8. MS COSBY
NURSE PRACTICIONER PHYSICIANS ASSISTANT
MSP STATE of MONTANA
500 CONLEY LAKE RD
DEER LODGE, MT. 59722 INDIVIDUAL CAPACITY

9. MICHAEL REGINALD
PRIOR MDOC DIRECTOR
501 S. LAST CHANCE GULCH
PO BOX 201301
HELENA, MT. 59620-1301 INDIVIDUAL CAPACITY

10. MR SAMOGY
MDOC LEGAL SERVICES
STATE OF MONTANA
501 SOUTH LAST CHANCE GULCH
PO BOX 201301 INDIVIDUAL
HELENA, MT. 59620-1301 ~~official~~ CAPACITY

Name: Number: Housing: Date:

3A

(NOTE: Only one continuation page may be used.)

INMATE/OFFENDER GRIEVANCE CONTINUATION FORM

MSP ☐ MWP ☐ CONTRACT FACILITY: 

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

11. ABBY MARTIN
MSP
?
500 Canley Lake Rd
DEERLODGE, MT 59722    INDIVIDUAL Capacity

12 TODD BOESE
MDOC
MANAGED CARE REGISTERED NURSE
501 S. LAST CHANCE GUlCH
PO Box 201301
HELENA, MT 59620 - 1301    INDIVIDUAl Capacity

13. CONNLE WINNER
MDOC
MEDICAL
501 S. Last CHANCE GUlCH
PO Box 201301
DEERLODGE, MT. 59722.    INDIVIDUAl Capacity

14. NURSE REICHEN
MDOC MSP,
?
500 Canley Lake Rd
DEERLODGE, MT. 59722.   INDIVIDUAl Capacity

15. DO KOHUT
MSP
?
500 Canley Lake Rd
DEERLODGE, MT. 59722    INDIVIDUAl Capacity,

16.  MT BOESE
MDOC
?

(NOTE: Only one continuation page may be used.)

**INMATE/OFFENDER GRIEVANCE CONTINUATION FORM**

Name:                Number:                Housing:                Date:

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**

☐ MSP    ☐ MWP    ☐ CONTRACT FACILITY:

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MONTANA

HELENA DIVISION

CERTIFIED ORIGINAL COPY
MR TIMOTHY RAY SADLER
@ 200 am   1 / 31

|  |  |
|---|---|
| MR TIMOTHY RAY SADLER AKA | ) CASE NO: 6:21-CV-00072-SEH |
| MR SOLAH ABIN YUSSUF IBN AYYUB | ) |
| PLAINTIFF | ) 1983, EMERGENCY |
| | ) COMPLAINT, GRAND |
| V. | ) JURY DEMAND |
| | ) |
| MR GOOTKIN; MS WOLKINS; JIM | ) |
| SOLMANSEN; DR CHAPEL; BOISE | ) |
| COSBY; MICHAEL REGINALD; MR | ) |
| SAMOGY; DR RISER; DR REES; | ) |
| ABBY MARTIN; SPECIAL NEEDS | ) |
| COMMITTEE MS PASHA AND, KOHUT; | ) |
| SCHARF; MS CONNIE WINNER | ) |
| DERICK BUDD; BILL WEDDINGTON | ) |
| MICHAEL F. FLETCHER; NURSE REICHER | ) |
| DEFENDANTS. | ) |

AMENDED COMPLAINT

1. THIS COURT HAS FULL JURISDICTION

2. THIS IS AN EMERGENCY COMPLAINT

3. SADLER IS PLAINTIFF AND REQUEST A GRAND JURY TRIAL.

4. THIS HAS AND IS A ON GOING MATTER(S).

5. THIS IS FOR DAMAGES, PAST DAMAGES AND FUTURE DAMAGES

4.

6.                    STATEMENT OF CLAIM.

7. SADLER ARRIVED AT MDID MDOC MSP ON MAY 10TH, 2017.

8. SINCE MAY 11TH, 2017 THROUGH 10/27/2021 PLAINTIFF HAS FILED APPROXIMATELY 379 MEDICAL KITES; INFORMALS, AND GRIEVANCES NOT INCLUDING OSR(S) OR LETTERS.

9. PLAINTIFF IS CONTINUING GRIEVANCE PROCEDURES.

10. MSP MS BILLY REKH AND MR A FODE LHUI AND MS JIM SOIMANSON HAS PUT SADLER ON GRIEVANCE RESTRICTION — YET IS ALLOWED ONE PER WEEK.

11. ON 5/12/17 & 5/12/17 INFORMALS MS MARTIN ADDRESSES THAT IM BEIN TREATED FAIR WHICH WAS LESS THAN TRUTHFUL — AND AM

12. TOLD TO ADDRESS CONCERNS AT APPOINTMENTS FORE PAIN AS ALL IWAS GIVEN WAS NAPROXEN AND NORCO WHICH DOES NOTHING AT ALL.

13. 5/21/17, INFORML TO DR KOHUT FORE PAIN FORE MULTIPLE DE-GENERATIVE DISC DISEASE, FORE NECK & C5 COMPOUND FRACTURE; HEMATOMA LEFT SHOLDER/PECTORIAL, RIGHT BACK SHOLDER P40, HERNIAS; PLUSE X 2 SUBDURAL HEMATOMAS RIGHT FORE FRONT OF FRONTAL LOB OF BRAIN — DR KAHUTS DID NOTHING

14. SADLER DID GRIEVE FACTORS OF HCU; AND ALL OF ABOVE PARAGRAPH 13 AND MORE VIA THE MONTHS OF MAY 2017 ALL THE WAY UP THROUGH NOVEMBER 17TH, 2017 UNTIL SADLER WAS TRANSFERED TO POORFEAL IN FLORIDA STATE VIA ICC AGAINST HIS WILL AND WISHES BECAUSE CAMPAINING AND GRIEVANCES, AND FORE FILING GRIEVANCES ON MIGR WARDEN M MICHAEL FLATCHER.

4A

15. SADLER WAS NEVER MAILED all of HIS INFORMALS, GRIEVANCES OSP(S) ETC THAT WAS FILE AGAINST DEFENDANTS MARTIN, FLETCHER REGINALD; OR KOHUTS, REEC BECAUSE THEN PRIOR AW MR JIM SALMANSEN NOW HEADWARDEN DID NOT ALLOW ME TO TAKE ANY PROPERTY WITH ME AND DID FAIL TO MAIL SUCH TO ME AS HE IS VERY MUCH AWARE OF SUCH MATTERS, YET ALTHOUGH THE PLAINTIFF HAS OBTAINED A COPY OF A FEW INFORMALS FROM THE GC AT MSP BUT NOT ALL BUT SADLER IS IN CONTINUATION TO OBTAIN MORE.

16. WHILE IN FDOC/FAC SADLER WAS STILL UNDER MSP MEDICAL ALSO TO APPROVE MEDICAL NEEDS AS MDOC REGINALD, SAMOGY, SALMANSEN, DID NOTHING AT WHICH SADLER EVENTUALLY FILED SADLER V. NOEL ET AL AND SADLER V. MASA ET AL; SADLER V. DEPT. OF CORRECTIONS ET AL IN REGARDS OF HCU AND OTHER MEDICAL PROBLEMS.

17. SADLER EVENTUALLY OBTAINED BLANK COPY OF OF MDOC MSP 3.3.3 OPS GRIEVANCES, INFORMALS AT WHICH FROM SADLERS ARRIVAL IN FDOC/FAC 1/10/2018 TIL 2020 SADLER OBTAINED SUCH FROM SAMOGY AND FILED SUCH INFORMALS 7/19/20, — 7/19/20 – 11/1/2020 = 11/15/2020 FORE MEDICAL BECAUSE FDOC/FAC WASN'T PROVIDING SUCH MEDICAL PER HCU ON HERNIAS, SURGERY FORE SHOULDERS ON RIGHT KNEE OR MRI — NO REALLY DOING NOTHING.

18. SADLER ARRIVED BACK IN MSP 1/21/21.

19. SADLER FILED MEDICAL KITE JAN 22,21 FORE DOUBLE HERNIA, DISLOCATED SHOULDER, HEMATOMA LEFT SHOULDER/PECTORAL

TENDONS Tore UNCLE RIGHT BACK SHOULDER pro. NOTHING WAS DONE AT ALL.

20. MEDICAL KITE ASKING FOR READING GLASSES 1/24/2021 WITH NO RESPONSE.

21. OVER PERIODE OF 1/21/21 WHILE BEING HERE AT MSP SADLER HAS SEEN MS COSBY A VARITY OF TIMES APROX. 5-6 TIMES AND ALL SHES DONE HAS BEEN DREW BLOOD TEST AND PROVIDED X RAYS — AT WHICH IT TOOK (5) yrs To OBTAIN ON SADLERS BACK, HIP, SHOLDER, NECK, KNEE.TILL TODAYS DATE 11/28/21

22. SADLER OBTAINED FINALLY (4) SESSIONS FORE HIS NECK ON THERAPY WHICH X RAYS SHOWS NECK IS DAMAGED.

23. NECK WAS DAMAGED BY M FLETCHER ASSAULTING SADLER IN 2012 IN LHU MAX WHILE HAVING ON SHACKLES, BODY CHAIN AND CUFF AND A BAG OVER HIS HEAD.

24. DEFENDANT SALMANSEN KNOWS OF THIS, PLUSE C/O HANECKY, SGT BROWN, MR SCHEETS CM LHU AND OTHERS AS WELL.

25. MEDICAL KITES 1/25/21; 1/27/21; 1/29/21; 1/30/21, 1/29/21 NOTHING DONE.

26. informal 2/6/21 HCU medications ZEPATAR BEING MISSED BECAUSE NURSES STATES CROSS REEF, RISER STATES THEY WERE SENT FROM PDOCJDRC LAKE correctional CTR AT WHICH THEY WERE WITH ME — BECAUSE SADLER WAS PROVIDED HIS MORNING PILL OF ZEPATAR IN ORLANDO FLORIDA A TRAIN STATION IN ROUTE TO MSP 1/21/21.

27. MEDICAL KITE. 2/6/21 FORE CROSS OF LIVER NOTHING DONE.

28. MEDICAL KITES 2/6/21/ 2/6/21/ 2/11/21/ 2/12/21/ 2/13/21, ALSO DEFENDANT PASHA STATING THAT IVE FINISHED HCU

MEDICATIONS.

29. FDOCIFAC DIDNT WANT TO PROVIDE ANY HCV ANTIVALS MEDI-
CATIONS BECAUSE WAS ICC NOT FROM FLORIDA - SO I WAS PUT ON
A CLASS ACTION IN FLORIDA SEE HOFFER V. INCH. Fla 2019, 2021.

30. FDOCIFAC LAKE CI STATED MONT. HAD TO PAY. Bill.

31. MONT WASNT RESPONDING SO PLAINTIFF FILED SADLER V. NOEL
ET AL., AND THAT WAS DISMISSED SO I FILED SADLER V. MESA
ET AL AND THIS WAS DISMISSID.

32. LUCKILY PER HOFFER V. INCH I DID GET ANTIVIRALS BUT WAS
ALSO TOLD NOT APPROVED SUCH TOO TO OBTAIN HCV ANTIVIRALS.

33. I WAS BROUGHT BACK TO MSP ON 1/21/21 AFTER I STARTED
HCV IN FDOCIFAC LAKE CI ON AROUND ABOUT DECEMBER
2020.

34. AS SOON AS I ARRIVED BACK AT MSP - MSP DEFENDANTS
WERE DOING AS THEY WERE IN 2017 DENYING ME MY
HCV MEDICATIONS.

34. WHILE IN FDOCIFAC THE DEFENDANTS WOULD APPROVE NO
SURGERYS EITHER AT ALL.

35. AS WELL DENYED HCV MEDICATIONS UP UNTILL 2020. -
SO FROM 2017 - 2020 PLAINTIFF SUFFERED.

36. GRIEVANCE WAS SUBMITTED NUMARIOUS TIMES BUT DENIED AS
NOT PROCESSED OR SIMPLY NO RESPONSE BACK AT ALL.

37. KOHUTS IS NOT EMPLOYEED AT MSP ANY MARE. AND NOW
DR REEC A DEFENDANT IS NOW ADMINISTRATOR OF MEDICAL

38. INFORMAL GRIEVANCES SUBMITTED ALSO ON 2/14/21 - REQUEST
IN ALL SURGERYS & MEDICATIONS.

39. Although on 2/5/21 10:10:01 Get meds neither and c/o said Hcv look into it Monday about Hcv medications to save life.

40. Once you start Hcv antivirals your not supposed to miss a single day and if so you start the whole regiment of antivirals Zepatir all over.

41. Defendant Reec wouldn't do such.

42. On 6/17/21 informal was sent to Defendant Walken no response.

43. On 6/17/21 informal complaining of knee, hip, leg, back neck and never responded to

44. This was directed to the medical committee Defendants Dr Reec, Dr Riser, Dr Chapel, Ms Pasha Ms Schaef and Ms

45. Informal 6/17/21 fore hearing aids & hearing test never a response. Until 9/23/21.

46. It took (5) yrs to obtain.

47. I was told to see Dr Tomorrow and as of todays date I haven't done so for such as of 10/29/21

48. Informal grievance submitted 6/20/21, hernias, no response.

49. I brought hernias to Ms Cosby while in MOIU and was told that they usually dont do nothing about such unless there sticking out.

50. Mine stick out

51. 6/20/21 also grievance on knee, leg, back, shoulder. No response.

52. On 6/20/21 I saw Defendant Reec fore hernia.

11F

53. DOCTOR REEC PLAYED IT OFF OH ILL HAVE TO CHECK YOU EVEN THOUGH FOOT/PAC PROVIDED ULTRASOUND AND I HAVE X 2 HERNIA.

54. MONT; FLA. DOES THE SAME YOU HAVE TO STRUGGLE TO OBTAIN ANY THING.

55. REEC STATED OH ILL HAVE TO HAVE OUTSIDE VERIFICATION

56. I STATED WHY THERE ALREADY VARIFIED.

57. REEC BECAME ANGRY BECAUSE THE WAY HE TOUCHED AND GROPPED ME AND I REJECTED SUCH ACTIONS. AS I FILED PREA ON HIM.

58. AFTER SUCH SAME ISSUES ONLY MORE SO - DENIED.

59. THATS ALSO RETALIATION

60. 6/22/2, INFORMAL ON DR REEC. NO RESPONSE.

61. DEFENDANT REEC WAS DOING SAME ACTIONS 2017.

62. I HAD TO SEE DR CHAPELL A DEFENDANT BECAUSE I FILED PREA ON DEFENDANT REEC AND INVESTIGATOR DERICK BUDD SAID THAT TO NOT SEE REEC NO MORE FOR THE REST OF MY TIME.

63. DEFENDANT CHAPELL STATED IN FRONT OF A NURSE AND C/O JONES THAT OH YOU FILED PREA ON PEOPLE WHO DIDNT DESERVE IT - SO I ENDED THE CONSULTATION.

64. INFORMAL ON REEC 6/25/21 DENY MEDICAL

65. X RAYS ON SHOLDER HIP, BACK, NECK AFTER (5) YRS.

66. HAVE A CONSULTATION WITH HIP DOCTOR IN ANACONDA AND HE STATED THAT I NEED A HIP REPLACEMENT YES ALSO STATED THIS IS USUALLY PUT OFF FOR (5) YRS.

67. I FOUND THAT TO BE STRANGE

68. MISS COSBY DID SET ME UP APPTS WITH MR SPEARS IN DEER-

GOOGE Fore NECK. AND AROUND ABOUT 6/17/21.

69. I HAD Four SESSIONS.

70. COSBY WONT SET up MORE SESSIONS,

71. MSP DRS. All STATE To FACE NECK is ARTHRITIS. YET on ACTUAL MEDICAL X RAY REPORTS iT SHOWS MULTIPLE DEGENERATIVE DISC DISEASE.

72. DEFENDANTS WONT PROVIDE MRI ON NECK.

73. PLAINTIFF EXPLAINED THAT HE HAD a C5 COMPOUND FRACTURE ON HIS NECK AND PRION WARDEN CAUSED MORE DAMAGE WHEN HE PHYSICALLY ASSAULTED ME WHILE in RESTRAINTS AS AFORESTATED.

74. I HAVE BROUGHT All of MY MEDICAL CONDITION To THE MINDS AND ATTENTION of DEFENDANTS GOOTKIN, WALKER, SALMANSEN MICHAEL REQUIRED REED, CHUPEL, COSBY, SAMOCU THE SPECIAL NEEDS COMMITTEE Also AND MS PASHA, MS SCHNEE AND MS WINNER, DR RISER AS WELL PRIOR TIME Too MR FLETCHER AND DR KOHUT. SINCE 2013 up THROUGH To DAYS DATE 10/29/21 AND THEY All STILL FAIL IN RESOLVING MATTERS To PROVIDE SURGERY.

75. SADLEAT SHOULDER HAS BEEN DISLOCATED AND BONE STICKING UP SINCE 2019 YOUR HONOR.

76. DEFENDANTS X RAY BUT WONT PROVIDE MRI To SEE HOW BAD its REALLY BROKEN BECAUSE BONES INSIDE ACTUAL SHOULDER POP AND MOVE SIR.

77 All DEFENDANTS WARDEN, GOOTKIN, BOESE, WINNER HAVE BEEN SENT Also LATTER & MEDICAL KITES, INFORMALS. so THERE All AWARE of MATTERS BUT DONT DO NOTHING.

78. SADLER ASKED REEC FORE PAIN MEDS, AND REEC SAID SUE ME TAKE IT TO FUCKING COURT AS WE'VE ALREADY BEEN IN COURT 16 TIMES FORE FAILURE TO TREAT ADEQUATLY PAIN WITH ADEQUATE PAIN MEDS. GRIEVE IT. WE'VE WON ALL OF THEM.

79. SADLER IS UNABLE TO OBTAIN ANY THING NARCOTIC FORE HIS CHRONIC PAIN.

80. SADLER HAS BEEN GIVEN SOME NON-NARCOTIC MEDS THAT DON'T DO NOTHING.

81. SADLER IS TOLD THAT RIGHT SHOLDER IS COSMETIC BUT STILL IS DISLOCATED, BONES STICKING UP AN INSIDE ITS BUSTED UP ALSO. THEY WANT MAUDE MRI

82. SADLER HAS SCHLOSIS OF THE BACK.

83. WANT MAUDE BACK BRACE

84. BUT THE REAL REASON FORE SCHLEROSIS OF SPINE IS BECAUSE THE ACTUAL LIGAMENT IN RIGHT SIDE OF BACK STRAP MUSCLE IS TORN OR TO SO SPINE IS PULLED OVER TO LEFT SIDE. SO IF MRI WAS GIVEN ALSO IT WILL ALSO SHOW ALL OTHER DAMAGE THATS DONE BUT SURGERY OR TENDONS, LIGAMENT THERE ALONG WITH BACK BRACE WILL HELP CORRECT MATTER BEFORE ITS TO BAD — YOUR HONOR.

85. INC A OLD AR 15 GUNSHOT WOUND TO LEFT SHOLDER/CHEST CONNECTING AREA THAT CAUSED A HEMATOMA & STILL REQUIRE SURGERY BUT MSP, STATE OF MONTANA DEFENDANTS WANT DO NOTHING

86. PLAINTIFF REQUIRES SURGERY ON RIGHT KNEE PATELLA BECAUSE

IT WAS PRIOR ENLARGED TO BIG AND SEPARATED UPPER FEMUR THIGH BONE FROM LOWER SHIN BONE MAKING RIGHT LEG ACTUALLY LONGER THAN LEFT LEG ALSO THROWING OFF HIP CAUSING MORE PAIN IN RIGHT HIP & BECAUSE OF SUCH HAS CAUSED LEFT HIP PAIN & LEFT KNEE PLUSE LOWER BACK AND TO TOP IT ALL OFF SADLER DOES HAVE SUCH MULTIPLE DEGENARATIVE DISC DISEASE FROM TOP OF SPINA NECK DOWN TO LOWER LUMBAR REGION.

87. INSTEAD OF PROVIDING SURGERYS NESS, STATE OF MONTANA SIMPLY PROVIDES ORTHOPEDIC SHOES AT WHICH ALSO PUTS PLAINTIFF FURTHER IN PAIN.

88. ALL NAMED ARE DEFENDANTS.

89. ALL NAMED HAVE BEEN MADE AWARE & NOTIFIED OF ALL ABOVE.

90. PLAINTIFF WENT THROUGH (5) YRS BEFORE HE EVER OBTAINED A PAIR OF SEEING GLASSES, BIFOCALS SO HE BASICALLY WENT BLIND.

91. I HAVE ALL DOCUMENTATION TO VAST TO SIMPLY COPY AND PUT IN THIS AT TIME.

92. SADLER STATES THAT COSBY STATED BEFORE ANY MORE NECK THERAPY LETS WORRY ABOUT HERNIAS.

93. ITS TOOK ALL THESE YRS TO GET DEFENDANTS TO ACKNOWLEDGE SUCH AND NOW WITH ONLY 9 MONTHS LEFT TILL DISCHARGE THEY WANT TO TELL ME THAT THAT I STILL HAVE TO WAITE.

94. ALL THESE DOING IS PROLONGING, HENDERING ME, SETTING OFF SO ILL GET OUT AND THEY DONT HAVE TO PAY FOR THE SURGERYS.

95. All DEFENDANTS ARE AND HAVE BEEN ACTING UNDER a color of STATE LAWS, ACTING IN THERE INDIVIDUAL capacity WHILE BEING DELIBERATELY INDIFFERENT AND BEING ACTING WITH MALICIOUS INTENT CAUSING MEDICAL PROBLEMS To WORSEN ME USING A TURNING of THE HEAD AND A cold SHOLDER LEAVING plaintiffs MEDICAL, PHYSICAL PROBLEMS up to THE COURSE of NATURE.

96. MR WOODINGTON is ALSO AWARE AND BEEN NOTIFIED AS WELL.

97. DEFENDANTS GOOTKIN, WOLKIN, SALMANSEN, CHAPEL, RISER, REEC, COSBY, THE SPECIAL NEEDS COMMITTEE AND MS PASHA, MS SCHARF, MR BUDD, WOODINGTON, WINNER FLETCHER, REGINALD, HAVE FAILED To HAVE A policy THAT PROVIDE All ABOVE MEDICAL, SURGERYS PAIN MEDS, AND of FOR HAVING A policy THAT PREVENTS SUCH All ABOVE MEDICAL NEEDS.

98. All NAMED DEFENDANTS HAVE FAILED To ACT, To PROVIDE All ABOVE.

99. DEFENDANTS REEC, CHAPEL, RISER MEDICAL COMMITTEE, MS PASHA, SCHARF, COSBY, SOMODY, WINNER, GOOTKIN WOKENS FLETCHER BOESE, REGINALD HAVE BEEN AWARE of SADLERS CONDITION SINCE 2017, AND HAVE FAILED To ADMINISTER ADEQUATE MEASURES of TREATMENT, SURGERY AND THERAPY FOR HIP, BACK, KNEE, SHOLDER(S) AND HAVE KNOWINGLY BEEN MALICIOUS, IN INTENT AND REEC, RISER, CHAPEL, COSBY, SPECIAL NEEDS COMMITTEE-

DUCT AND OTHER ORGANS IN HIS BODY AND VAST
DEPRESSION AS HCV IS A KILLER AND THE QUASI
SPECIES OF HCV MUTATE CAUSING HARM TO YOUR
OVERALL BODY YOUR HONOR. PLEASE SEE SADLER
V. MESA et al 5:20-CV-00511-BJD-PRL AND
SADLER V. NOEL et al, SADLER V. DAUTTER, SADLER V. OUTTON
et al YOU'LL SEE THAT THESE ARE ALL RELATED - BUT SADLER
VI MESA et al , ASK THAT YOU REVIEW EXPECIALLY
IN REGARDS TO THIS EMERGENCY COMPLAINT YOUR HONOR.

108. SADLER IS MUSLIM; AND THIS IS THE ALSO ISSUE
BEHIND THE SCENES THAT THERE'S PROBLEMS - BUT SADLER
WILL BE MATURE AND STATE THAT THAT'S ASSIDE FACTORS,
IN A CLAUSE BY ITSELF AND POTENTUALLY NOT -
THE REASON THAT DEFENDANTS ARE AVOIDING AND ALSO
DENYING HIM ADEQUATE MEDICAL ASSISTANCE SIR !

109. ALTHOUGH PLAINTIFF STATES THAT IT DOES OR COULD HOLD
SOME BIAS IN REGARDS BECAUSE HES NOT CHRISTIAN.

110. SADLER ALSO STATES THAT HE FEARS THAT THERE IS A CHANCE
THAT HE STILL HAS HCV BECAUSE MS COSBY STATED THAT
IT CANT BE DETECTED BY A BLOOD TEST BUT CAN BE BY
A SLAVA MOUTH SWAB TEST.

111. THIS DOESNT SEEM PROBABLE.

112. ALSO SADLER STATES THAT MSP, STATE OF MONTANA AND
DEFENDANTS DONT WANT TO PAY FINE ANOTHER REGIMENT
OF HCV ANTIVIRALS MEDICATIONS THATS $ 1000.00
DOLLARS A PILL FORE ZEPATER.

113. SOOKA STATES THAT CIRROSIS OF THE liver Also DESERVES MEDICAL MEDICATIONS for IT SINCE THE DEFENDANTS DR REES, CHAPEL, RISER, COSBy STATES THAT HCV is KILLED.

114. YES THE LIVER CAN HEAL ITSELF But WHEN a person Has CIRROSIS OF THE liver AND THE BILE DUCK IS DAMAGED THEN MEDICATIONS ARE NEEDED TO HELP cured THE MEDICAL MATTER OF CIRROSIS OF River BECAUSE of a lot of pHysplogical, cellium MECHANISMS your Honor.

115. A liver Biopsy sHOULD of BEEN conducted TO see EXACTly wHAT STAGE HCV IS IN, AND SINCE HCV is ALLEGIDLY KILLED THE liver Biopsy sHOULD BE DONE TO see WHAT STAGE of cIRROSIS of LIVER IS IN your Honor.

116. As WELL a special DIET sHOULD MEDICALLY BE provided As to a HIGH PROTEIN low FAT DIET TO ENSURE THAT liver HAS ENOUGH PROTEIN TO HELP MEND itself DAILY, your Honor

117. A NORMAL HEALTHY liver TAKES approximate 75 GRAMS of protein A DAY to HEAL ITSELF. AND THIS CAN BE scientifically VERIFIED your Honor.

118. THE DEFENDANTS DON'T, DOESN'T CARE.

119. All THAT THEY CARE About is $ MONEY.

120. THIS IS 2021 Almost 2022 YOUR Honor.

121. Most All otHer States on EXCEPTION of montana AND FLORIDA, AND possiBly oaklaHom HAS suRpassed montana MEDICALLY AND penally — AST DEPT-

of CORRECTIONS GOES BECAUSE MDOC DOC MSP ETC IS A
GOOD OLE BOY SYSTEM AND IT CANNOT BE PROVED
THAT ITS NOT YOUR HONOR SIR WITH ALL DUE RESPECT
AND IF THE US FEDERAL DISTRICT COURTS DON'T CORRECT IT
SUCH SAME DAY ITS ALL GOING TO SIMPLY ERUPT—
COME APART— RIOTS, ETC OF THE WORSE NATURE WITH
MANY CASUALTYS SIR!.

122. THIS ISNT THE GOOD OLE BOYS WAY OR SUCH ANY
MORE BUT MONT. IS BEHIND EVEN IN THEIR STRUCTURES
OF THE ACTUAL STANDING OF [All] BUILDINGS SIR!

123. THE plaintiff WAITED (5) YRS YOUR HONOR TO OBTAIN
ONLY HALF OF HIS TEETH CLEANED AT DENTAL.

124. No THATS COMPLETELY REDICULOUS SIR!.

125. THE DEFENDANT HAVE FAILED IN All ADEQUATE PROCEEDURES,
IN ASSISTING SADLER MEDICALLY.

126. THIS HONORABLE JUDGE STATED THAT SADLERS NOT NEW TO THIS
COURT AND THAT IS SO VERY MUCH TRUE BUT NO DISRESPECT
YOUR HONOR BUT ITS THE US DISTRICT COURTS FAULT! TO AN
EXTENT FORE NOT APPOINTING AN ATTORNEY TO REPRESENT
HIM IN SUCH CIVIL MATTERS AND COMPLAINTS, BUT THE
SYSTEM IS DEVISED SUCH WAYS SIR RIGHT— BUT IF THIS
MAN HAD A PAID ATTORNEY EVERYTHING WOULD GO
VERY MUCH DIFFERENT SIR

127. ON PAGE 2. PARAGRAPH 6 — LINES 1,2,3,4,5,6,7,8
AND PAGE 3 LINES 9,10,11,12,13,14,15,16,17,18,19
ARE All SO TRUE, THIS AS THOSE STATEMENTS ARE —

134. DEFENDANTS REEC; CHAPEL; RISER RETALIATES AGAINST SADLER
     BY THERE ACTIONS—BECAUSE FILING PREA.

135. DEFENDANT BUDD STATED AS PREA INVESTIGATOR THAT DR REEC AND
     CHAPEL RETALIATED[S] AGAINST PLAINTIFF BY NOT PROVIDING ADEQUATE
     MEDICAL BECAUSE OF A) FILING PREA BUT ALSO BECAUSE OF
     FAILURE IN THE PAST SINCE 2017 YOUR HONOR. BUT HAS FAILED
     TO DO ANYTHING BECAUSE SADLER STILL HASNT GOTTEN ANY SURGERYS.

136. MR WEDDINGTON IS OVER PREA AND STATED THAT MR BUDD ALSO
     IS looking into such BUT ALSO HAS FAILED TO HELP PROVIDE ADEQUATE
     SURGERY.

137. BUDD AND WEDDINGTON ARE APART OF DOC/MSP/MODC AND OF
     THE STATE OF MONTANA CORRECTIONS.

138 SOLMANSEN HAS BEEN WROTE ABOUT MATTERS AND FAILS TO RESOLVE
     MATTERS, OR RESPOND BACK IN REGARDS.

139. MSP NEEDS OVERHAULED.

140. LETTERS WERE SENT TO SAMOGY, REGINALD FLETCHER, SOLMANSEN,
     GOOTKIN WHILE IN FLORIDA FDOC/FAC ALONG WITH GRIEVANCES
     STARTING IN 2018 AS FDOC/FAC LEGAL MAIL RECORDS WILL SHOW.

141. SEE MONT. AGREEMENT BETWEEN FLA./MT 1996/1997 THAT WAS
     USED ON SADLER VIA ICC AS MONT. MSP ORG., ADMINISTRATION
     WERE supposed TO INTERACT WITH ALL PLAINTIFFS MEDICAL.

142. simply put THEY DID NOTHING BUT BLOOD TEST/XRAYS, ULTRASOUND.

143. SADLER GOT HCV ANTIVIRAL FROM BEING ON A CLASS ACTION
     THAT WAS IN FLA AGAINST FDOC/FAC NOT MODC, MS,/DOC AND
     ALSO HAD TO FILE X 2 SEPERATE 1983 THAT WERE DISMISSED TO OBTAIN
     SUCH HCV TREATMENT EVEN THOUGH SADLER WAS TOLL THAT MT—

approved of such.

144. Spoiler still hasn't found out whether MDOC or PHA paid for such.

145. Your honor - again blood test / xrays isn't providing surgery.

146. Because you see a medical provider like PREC, Chapel, Risen or Cosby isn't providing adequate medical if they don't follow through and provide such surgery - and also adequate pain meds to actually alleviate pain your honor sir!

147. Gootkin, Reginah as Director and Wolkens as Assistant Director should have patients medical problems resolved, have medical Dr.(s), providers that will do there jobs proffessionally and as an administrator Dr. PREC isn't professional - But a failure and hes gay, a homosexual and shouldn't be Dr. at MSP and numerous prisoners have complained of such inadequate medical against him and MSP if this judge would check into such.

148. Dr. Risen stated he was sending me out for surgery several months ago back in around about June, July but hesitated oh you have a hernia in your belly button also pluss the two femeral hernia at your privates at area of your pelvic bone so will go down through your belly button take the mesh etc down through belly button and fix the lower two that way.

149. Well spoiler, I, don't have a hernia there in belly button. So I asked for a second appinion and have heard nothing back from him _!

150. When a professional Dr. hip specialist tells you that you need a hip replacement that means your hips bad and if its

BAD ENOUGH FORE A HIP REPLACEMENT THEN THAT MEANS ITS DAMAGED AND I NEED PAIN MEDICINE THAT WILL ALLEVIATE THE PAIN.

151. ALL FACTORS ABOVE SADLER IS IN CHRONIC PAIN MENTALLY PHYSICALLY, EMOTIONALLY AND STRESS AND ANGUISH CAUSE CUNUSUAL PUNISHMENTS.

152 STILL DEFENDANTS WILL NOT PROVIDE A WHEELCHAIR

153. THEY WONT PROVIDE A LEG, NECK, BACK, KNEE BRACE, OR CANE, NOTHING.

154. CONSIDERING ALL ABOVE — A WALKER, CANE, KNEE, LEG BRACE SADLER CAN STILL FALL BUT WITH A WHEEL CHAIR HE CANNOT FALL DOWN AND INJURE HIMSELF MORE

155. SADLER STATES THAT A MRI ON LEFT SHOLDER DELT/PEC, RIGHT BACK SHLOU P+O, RIGHT LEG, RIGHT BACK STRAP RIGHT TRAPECE WILL PROVIDE ALL DOCUMENTATION THAT SADLERS TENDON, LIGAMENTS ARE COMPLETLY TORN AN ACTUAL MUSCLE IN SHLDER CHEST, THAT PROVIDS PROOF OF HEMATOMA ALSO

156 SADLER STATES HE HAS TREMENDOUS HEADACHS BECAUSE OF PRIOR SUBDURAL HEMATOMA X 2 FROM STREATNELL IN RIGHT FRONT FORELOBE OF BRAIN AND A MRI IS NEEDED TO ALSO FULLY DIAGNOS TO SEE IF ITS THE SCAR TISSUE OR BLOOD CLOTS CAUSING SUCH PAIN.

157 SADLER STATES THAT SPECIAL NEEDS COMMITTEE AND MS PASHA, MS SCHOOL ARE ALSO OVER PROVIDING SURGERY, MRIS, WHEEL CHAIR ETC. — AND HAVE FAILED TO DO SO ALONG WITH DR RISER, REEC, CHAPEL, COSBY.

158.                              PRAYER

159. SADLER ASK FORE PAST DAMAGES, DAMAGES, FUTER DAMAGES.

160. SADLER ASK FORE $150,000 EACH FROM GOOTKIN, WOLKEN, REGINALD SALMANSEN, FLETCHER, BOESE, WINNER, SOMODY, MARTIN, FORE FAILURE TO ACT, MENTAL PHYSICAL, EMOTIONAL STRESS, ANGUISH AND CRUEL AND UNUSUAL PUNISHMENTS, CRUELTY TO PRISONERS.

161. SADLER ASK FORE $150.000 from EACH THE SPECIAL NEEDS COMMITTEE AND MS PASHA, MS SCHARF FORE Failure to ACT, MENTAL, PHYSICAL EMOTIONAL STRESS, AND ANGUISH CAUSING CRUEL UNUSUAL PUNISHMENT AND CRUELTY TO PRISONERS.

162 SADLER ASK FORE $250.000 EACH FROM DR REEC, RISER, CHAPEL, COSBY FORE FAILURE TO ACT, MENTAL, PHYSICAL EMOTIONAL STRESS, AND ANGUISH, CRUELTY to PRISONERS, CRUEL AND UNUSUAL PUNISHMENTS, AND KOHUT ALSO.

163 SADLER ASK FORE $150.000 FROM REICHER FORE FAILURE TO ACT, MENTAL EMOTIONAL, PHYSICAL STRESS ANGUISH, CRUELTY TO PRISONERS CRUEL & UNUSUAL PUNISHMENTS.

164. SADLER ASK FORE $50000 FROM WEDDINGTON, BUDD FORE FAILURE TO ACT MENTAL EMOTIONAL, PHYSICAL ANGUISH STRESS, CRUELTY TO PRISONERS, CRUEL & UNUSUAL PUNISHMENTS.

165. SADLER ASK FORE $100.000 FROM EACH ALL DEFENDANTS VIOLATING HIS DUE PROCESS RIGHTS OF THE 8 AMENDMENT AND MT STATE LAWS CRUEL TO PRISONER, CRUEL & UNUSUAL PUNISHMENTS

166. SADLER ASK FORE MRI AS STATED ABOVE TO PROVE TO THIS COURT THAT HES TRUTHFUL AND TO SHOW DEFENDANTS WRONGS OF FAILURE TO ACT, PROVIDE ADEQUATE MEDICAL PROCEDURES PROFESSIONALLY.

167. SADLER ASK FORE WHEEL CHAIRE, SO HE WONT FALL.

168. SADLER ASK FOR BACK BRACE, TO CORRECT SCOLIOSIS WITH SURGERY OR LIGAMENT.

169. SADLER ASK FOR, KNEE BRACE, SO WHEN HE GETS OUT OF WHEELCHAIR

170. TOTALING SADLER ALSO ASK FORE A JURY JURY, TRIAL.

171. SADLER ASK FORE AN ATTORNEY

172. SADLER ASK FORE AN INVESTIGATOR.

173. SADLER ASK FORE A DOCTOR THATS NOT OF THE DEFENDANTS

or ATTACHED, CONNECTED or EMPLOYEED BY ANY OF THE DEFEND-

ANTS - or HAVE WORKED or DOES WORK FORE AS a PROVIDER

ON THE OUT SIDE OF PRISON.

174. TOTALLING SADLER ASK FORE  $ 3,500,000 DOLLARS FORE ALL

ABOVE FORE ALL DEFENDANTS FORE ALL ABOVE.

Respectfully

MR TIMOTHY RAY SADLER

@ 8:00 am 10/30/21

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any
 ✗  statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia."
42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color
of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of
federal law. Attach additional pages if needed.

FAILURE TO TREAT, FAILURE To PROVIDE SURGERY, CONSPIRACY, DUE
PROCESS, CRUEL AND UNUSUAL PUNISHMENT, FAILURE To PROVIDE
ADEQUATE PAIN MEDS, DELIBERATE INDIFFERENCE.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the
alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include
further details such as the names of other persons involved in the events giving rise to your claims. Do not cite
any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain
statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

MSP.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.      What date and approximate time did the events giving rise to your claim(s) occur?

_____ SEE ATTCHD _____

D.      What are the facts underlying your claim(s)? *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

_____ SEE ATTCHD _____

## V.      Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

_____ SEE ATTCHD _____

## VI.      Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

_____ SEE ATTCHD _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

M S p.

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

All, as fare as msp would allow me to grieve

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.     If you did file a grievance:

1.     Where did you file the grievance?

MSp.

2.     What did you claim in your grievance?

mutiple issues, Request,

3.     What was the result, if any?

DENIAl, put off, SET Aside.

4.     What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

SEE Claim.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.  If you did not file a grievance:

  1.  If there are any reasons why you did not file a grievance, state them here:

  2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

DELIBERATE INDIFFERENCE.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☑ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Mont us Dist cqut, Flansoa cqut

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1.  Parties to the previous lawsuit
       Plaintiff(s) _____ SEE ATTCHD. EXHIBIT L.
       Defendant(s) _____ SEE ATTCHDE. PACE

   2.  Court *(if federal court, name the district; if state court, name the county and State)*
       _____

   3.  Docket or index number
       _____

   4.  Name of Judge assigned to your case
       _____

   5.  Approximate date of filing lawsuit
       _____

   6.  Is the case still pending?
       ☐ Yes
       ☑ No
       If no, give the approximate date of disposition.

   7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

       _____ DISMISSED _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

TiMaTHy Ray Sadica
MeSa et all
5:20 - cv - 00511 - BJD - PRL
DonT Have paper for Judges name
Flonida/ mt caci
Dismissed

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1.   Parties to the previous lawsuit
        Plaintiff(s)   TIMOTHY RAY SAVION
        Defendant(s)   NOEL ET al

   2.   Court *(if federal court, name the district; if state court, name the county and State)*

        MIDDLE DIST. Florida

   3.   Docket or index number

        5:20-cv-00046-pGB-PRL

   4.   Name of Judge assigned to your case

        ?   DANTILNG MYER

   5.   Approximate date of filing lawsuit

        2/5/2020

   6.   Is the case still pending?

        ☐ Yes

        ☑ No

        If no, give the approximate date of disposition _____

   7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     10/28/21

Signature of Plaintiff     _Timothy Ray Sadler_

Printed Name of Plaintiff     Timothy Ray Sadler

Prison Identification #     3021117

Prison Address     700 Conley Lake Rd

DEER LODGE,     MT.     59722
       City       State       Zip Code

### B.   For Attorneys

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Address     _____

       City       State       Zip Code

Telephone Number     _____

E-mail Address     _____

CERTIFICATE OF SERVICE.

I Timothy Ray. Smoker swears By penalty of perjury
that I mailed 1 14 page affidavit in support of immance
complaint - 2 affidavit certificaes of service

To. clerk of court united states distance court House.
   901 fort ST
   Helana , MT 59801


From   MR Timothy Ray Smoker AO #302111
       MSP LHU LD2 AOSEC
       700 conley lake RD
       DEERLODGE MT 59722


                    Respectfully,
                 MR Timothy Ray, Smoker
                 C 300 2108816,
                 in state of sec