MADISON MATTIOLI
Assistant Attorney General
Agency Legal Services Bureau
1712 Ninth Avenue
P.O. Box 201440
Helena, MT 59620-1440
Telephone: (406) 444-2026
Facsimile: (406) 444-4303
mlmattioli@mt.gov

Counsel for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| TIMOTHY RAY SADLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. REES, DR. RAISER[1], BRIAN GOOTKIN, CYNTHIA WOLKEN, JIM SALMONSEN, DR. CHAPEL, JODI COZBY, REGINALD MICHAEL, WESLEY SOMOGY, ABBY MARTIN, TODD BOESE, CONNIE WINNER, NURSE REICHERT, DR. KOHUT,<br><br>　　　　　Defendants. | Case No. CV 21-72-H-SHE<br><br>**DEFENDANTS' MOTION TO DISMISS** |

---

[1] Defendants' names have been corrected and/or added. This is a change from Plaintiff's original filing.

Defendants Dr. Paul Rees, Brian Gootkin, Cynthia Wolken, Jim Salmonsen, Dr. Dean Chapel, Jodi Cozby, Reginald Michael, Wesley Somogy, Abby Martin, Todd Boese, Connie Winner, and Dr. Tristan Kohut hereby respectfully move this Court to dismiss Plaintiff Timothy Sadler's Amended Complaint (Doc. 8). The grounds for dismissal include Plaintiff's failure to state a claim upon which relief can be granted regarding two of his theories of liability and regarding many of his named Defendants. These reasons are more fully set forth in the brief accompanying this Motion. Additionally, the State moves this Court to dismiss any claims against medical providers that are outside the three-year statute of limitations.

Plaintiff Timothy Sadler is incarcerated and was not contacted regarding this motion pursuant to Local Rule 7.1(c)1.

Respectfully submitted this 18th day of May 2022.

AGENCY LEGAL SERVICES BUREAU
1712 Ninth Avenue
P.O. Box 201440
Helena, MT 59620-1440

COUNSEL FOR DEFENDANTS

By: */s/ Madison Mattioli*
　　MADISON MATTIOLI
　　Assistant Attorney General

# CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing document with the clerk of the court for the United States District Court for the District of Montana, using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I hereby certify that on May 18, 2022, a copy of the *Defendants' Motion to Dismiss* was served on the following persons by the following means:

<u> 1, 2 </u>   CM/ECF
<u>         </u>   Hand Delivery
<u>         </u>   Mail
<u>         </u>   Overnight Delivery Service
<u>         </u>   Fax
<u>         </u>   E-Mail

1.   Clerk, U.S. District Court

2.   Timothy Ray Sadler
     AO #3001117
     MSP LHUI LD2
     700 Conley Lake Rd
     Deer Lodge, MT 59722

By: */s/ Madison Mattioli*
     Madison Mattioli
     Assistant Attorney General
     Agency Legal Services Bureau
     Attorney for Defendants
