IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| TIMOTHY RAY SADLER,<br><br>Plaintiff,<br><br>vs.<br><br>DR. REES, DR. RAISER, DR. CHAPEL, JODI COZBY, CONNIE WINNER, NURSE REICHER,<br><br>Defendants. | CV 21-72-H-SEH<br><br>ORDER |

    Plaintiff Timothy Ray Sadler filed an Amended Complaint on November 21, 2021, alleging violations of his civil rights.[1] On September 6, 2022, the Court dismissed the complaint for failure to state a claim and directed Salder to file an Amended Complaint within 21 days.[2]

    Docket entry 32 was sent to Salder on September 6, 2022, and was returned as undeliverable.[3]

    The deadline to file an amended complaint expired on September 27, 2022. None was filed.

---

[1] Doc. 8.
[2] Doc. 32 at 13.
[3] Doc. 33.

**ORDERED:**

1.  The case is **DISMISSED** for failure to file an amended complaint as ordered by the Court.

2.  The Clerk of Court is directed to close this matter and enter judgment in favor of Defendants under Fed. R. Civ. P. 58.

3.  The Court **CERTIFIES** that any appeal from such disposition would not be taken in good faith. This dismissal counts as a strike under 28 U.S.C. § 1915(g).[4]

DATED this 28th day of September, 2022.

*Sam E. Haddon*
Sam E. Haddon
United States District Judge

---

[4] *Harris v. Mangum*, 863 F.3d 1133, 1142–43 (9th Cir. 2017).